# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAUL ALEXI CORTES,<br><br>Defendant. | NO. CR08-428-RSL<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

 An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on February 8, 2011.  The United States was represented by Assistant United States Attorney Ye-Ting Woo, and the defendant by Lynn Hartfield.

 The defendant had been charged and convicted of Possession with Intent to Distribute more than 500 grams of Cocaine, in violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(B) and 18 U.S.C. § 2..  On or about July 16, 2007, defendant was sentenced by the Honorable Robert S. Lasnik, to a term of thirty-four months in custody, to be followed by three years of supervised release.

 The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, participation in a substance abuse

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

program, financial disclosure, alcohol abstinence, search, no association with known gang members, and obtain his GED within the first two years of supervision.

In a Petition for Warrant or Summons, dated January 11, 2011, U.S. Probation Officer Jerrod Akins asserted the following violation by defendant of the conditions of his supervised release:

(1) Consuming alcohol on January 2, 2011, in violation of the special condition that he refrain from the use of alcohol.

(2) Committing the crime of disorderly conduct on January 2, 2011, in violation of the general condition that he not commit another federal, state, or local crime.

The defendant was advised of his rights, acknowledged those rights, and admitted to alleged violation number 1. Alleged violation 2 was dismissed without prejudice by the government.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as set forth in violation 1, and that the Court conduct a hearing limited to disposition. A disposition hearing on this violation has been set before the Honorable Robert S. Lasnik on March 1, 2011 at 9:00 a.m..

Pending a final determination by the Court, the defendant has been detained.

DATED this 8th day of February, 2011.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:           Honorable Robert S. Lasnik
     AUSA:                     Ye-Ting Woo
     Defendant's attorney:     Lynn Hartfield
     Probation officer:        Jerrod Akins

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2